J. Ernest Welhaven et al., Appellants, *v.* Jeannette Kohn, Respondent.

Argued February 26, 1940; decided March 15, 1940.

*Clyde H. Proper* for appellants.

*Samuel E. Aronowitz* and *Jacques J. Katz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.